IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON P. REED,

    Plaintiff,

v.                                                                                  4:18cv472–WS/CAS

CENTURION HEALTH OF
FLORIDA, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 41) docketed February 6, 2020. The magistrate judge recommends that Defendant Shelly M. Bearden's motion to dismiss (ECF No. 34) be granted. The magistrate judge also recommends that a second motion to dismiss (ECF No. 36) filed by the remaining three defendants be (1) granted as to all claims against Defendant L. King; (2) granted as to Plaintiff's state law claims and equal protection claim against Defendants Centurion and Dr. Fabregas-Schindler; and (3) denied as to Plaintiff's Eighth Amendment claim against Defendants Centurion and

Dr. Fabregas-Schindler. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 41) is ADOPTED and incorporated by reference into this order.

2. Defendant Bearden's motion to dismiss (ECF No. 34) is GRANTED, and Defendant Bearden is DISMISSED from this action with prejudice.

3. Defendants' motion to dismiss (ECF No. 36) is GRANTED as to all claims against Defendant L. King, and Defendant King is DISMISSED from this action with prejudice.

4. Defendants' motion to dismiss (ECF No. 36) is GRANTED as to Plaintiff's state law claims and equal protection claim against Defendants Centurion and Dr. Fabregas-Schindler, and those claims are DISMISSED for failure to state a claim. Defendants' motion to dismiss (ECF No. 36) is DENIED as to Plaintiff's Eighth Amendment claim against Centurion and Dr. Fabregas-Schindler.

5. Defendants Centurion and Dr. Fabregas-Schindler shall have up to and

including March 27, 2020, to respond to Plaintiff's amended complaint.

6. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __11th__ day of __March__, 2020.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE